NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

06-254


J.P. PERKINS, ET AL.

VERSUS

VERNON PARISH POLICE JURY, ET AL.


RICHARD WISEMAN, ET AL.

VERSUS

STATE OF LOUISIANA, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, ET AL.


**************
APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT,
DOCKET NOS. 68,876-A and 69,429-A
PARISH OF VERNON
HONORABLE VERNON B. CLARK, PRESIDING


*************
SYLVIA R. COOKS
JUDGE
**************


Court composed of Sylvia R. Cooks, Jimmie C. Peters, and Billy H. Ezell, Judges.

**AFFIRMED.**

Anthony F. Salario
Salario Law Firm
237 South Washington Street, Suite B
P.O. Box 503
Marksville, Louisiana 71351
(318) 240-7123
COUNSEL FOR PLAINTIFF/APPELLEE:
    Laura Perkins

Judi F. Abrusley
407 East Sixth Avenue, Suite B
P.O. Drawer 1114
Oakdale, Louisiana 71463
(318) 335-9771
COUNSEL FOR PLAINTIFFS/APPELLEES:
     Derek Wiseman and Shane Wiseman

Sylvia M. Fordice
Assistant Attorney General
Louisiana Department of Justice
Division of Risk Litigation
556 Jefferson Street, 4th Floor
Lafayette, Louisiana 70501
(337) 262-1700
COUNSEL FOR DEFENDANT/APPELLANT:
     State of Louisiana through DOTD